# UNITED STATES DISTRICT COURT
### DISTRICT OF NEW JERSEY

| | |
|---|---|
| **CHAMBERS OF**<br>**ANNE E. THOMPSON**<br>**JUDGE** | **U.S. COURTHOUSE**<br>**402 E. STATE STREET**<br>**ROOM 4000**<br>**TRENTON, NJ 08608**<br>**(609) 989-2123** |

## **LETTER ORDER**[1]

To: Parties and Counsel
Re: *Beberman v. U.S. Department of State and Secretary of State Michael R. Pompeo, in his official capacity* (Civ. No. 14-20)

September 25, 2019

Dear Parties and Counsel,

    Considering Defendants' pending Motion for Summary Judgment (ECF No. 218), the Court will continue the trial date until all motions have been ruled upon.

    Very truly yours,

    */s/ Anne E. Thompson*
    ANNE E. THOMPSON, U.S.D.J.

---

[1] The Honorable Anne E. Thompson, United States District Judge for the District of New Jersey, sitting by designation in the United States District Court for the District of the Virgin Islands.